LEON SANDERS, Appellant, *v.* FAVORABLE REALTY CORPORATION, Respondent.

Argued January 11, 1943; decided February 25, 1943.

*Alfred Sobol* for appellant.

*Alexander E. Rosenthal* and *Irving Segal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.